UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| In the Matter of the Seizure of: | Case Number: 19 M 73 |
| Any and all funds up to $4,800 maintained in University of Michigan Credit Union Account 8002017534 | Magistrate Judge Maria Valdez |
| | **UNDER SEAL** |

# GOVERNMENT'S MOTION TO WITHDRAW THE APPLICATION TO SEAL THE AFFIDAVIT AND SEIZURE WARRANT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Withdraw the Application to Seal the Affidavit and Seizure Warrant:

On January 29, 2019, the government requested that this Court order that the Affidavit and Seizure Warrant in this case, as well as the Government's Motion to Seal, be sealed until further order of the Court. The government respectfully withdraws that request.

Respectfully submitted,
JOHN R. LAUSCH
United States Attorney

By: /s/ Melody Wells
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-1110

DATE: February 1, 2019